UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAREK DULAK,

    Plaintiff,

v.

AIR FRANCE KLM, et al.,

    Defendants.

Case No. 14-cv-02277-WHO

**ORDER REGARDING DISCOVERY DISPUTE**

Re: Dkt. Nos. 31, 32, 35

The parties have submitted a series of joint statements regarding various discovery disputes. See Dkt. Nos. 31, 32, 35. Following a telephone hearing with the Court on November 14, 2014, the parties reached an agreement on one of the disputes. Two others remain unresolved.

First, the parties disagree on how many and for which Passenger Service Agents ("PSAs") defendants will provide contact information. Dulak has given defendants a list of approximately twenty PSAs for whom he seeks contact information. Defendants have proposed to supply Dulak with contact information for approximately two-thirds of the individuals on the list. I find that, at this time, defendants' proposal will provide Dulak with adequate access to PSAs who may be percipient witnesses to the work required of and available to persons in that position. If, after obtaining discovery from these individuals, Dulak finds good cause to seek discovery from additional PSAs, Dulak may again raise this issue with defendants and the Court.

The second remaining dispute concerns defendants' production of contact information for PSAs with work experience in "Ticketing" and "Lounge." The parties agree that for each of these two assignments, defendants will provide contact information for one PSA with work experience in that assignment. However, Dulak requests that if there are PSAs who once worked in these assignments but are no longer employed by Air France, those be the individuals that defendants identify. Meanwhile, defendants propose to supply Dulak with contact information for the PSA

from each assignment "with the longest tenure." Defendants state that such individuals are best suited for Dulak's ostensible purpose in seeking discovery from PSAs – i.e., obtaining information regarding the work required of and available to persons in that position. I agree with defendants on this point. While Dulak has a right to communicate with former Air France employees, he does not have a right to force defendants to produce those former employees' contact information, at least not in the present circumstances. Defendants' proposal to provide contact information for the longest-tenured PSA from each assignment is sufficient at this time.

This order disposes of docket numbers 31, 32, and 35.

**IT IS SO ORDERED**.

Dated: November 20, 2014



WILLIAM H. ORRICK
United States District Judge