United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAREK DULAK,

    Plaintiff,

  v.

AIR FRANCE KLM, et al.,

    Defendants.

Case No. 14-cv-02277-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The Court is advised that the parties have agreed to a settlement. *See* Dkt. No. 39. Accordingly, this matter is DISMISSED WITH PREJUDICE. All scheduled hearings are VACATED and all pending motions are TERMINATED. If any party certifies to this Court, with proper notice to opposing counsel and within sixty (60) days from the date of this order, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: February 4, 2015



WILLIAM H. ORRICK
United States District Judge